IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-CV-02685-REB-MJW

ANN PARKER,

Plaintiff(s),

v.

RANDALL S. PIPER, et al.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that Plaintiff's Motion for Protective Order (docket no. 30) is DENIED. This motion for protective order requests that this court not allow the Defendant to contact or depose Ruth Kuenning. Ms. Kuenning is not a party to this lawsuit. It appears that Ms. Kuenning is a lay witness who has information relevant to this lawsuit. The Plaintiff has cited no legal authority in support of their motion for protective order. The Defendant has a right to contact Ms. Kuenning and to speak to her. It is up to Ms. Kuenning whether to speak to the Defendant or not. Moreover, the Defendant has the right to depose Ms. Kuenning if they choose since she may have relevant evidence to offer in support or in opposition of the claims brought by the Plaintiff in this lawsuit.

Date:  August 26, 2005