IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-CV-02685-REB-MJW

ANN PARKER,

Plaintiff(s),

v.

RANDALL S. PIPER, et al.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Plaintiff's Counsel's Motion to Withdraw (docket no. 33) is GRANTED. David Koppa is withdrawn as counsel of record for Plaintiff. Mr. Koppa shall make his file concerning this case available to Plaintiff.

It is FURTHER ORDERED that Plaintiff shall retain new legal counsel forthwith or be prepared to proceed pro se on all future motions, hearings and trial.

It is FURTHER ORDERED that this case is set for a status conference on October 13, 2005, at 10:00 a.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. At this status conference, the pro se Plaintiff shall be present, in person, with or without new legal counsel. All counsel for Defendants shall be present, in person, for this status conference. The pro se Plaintiff shall be prepared to inform this court on the status of retaining new legal counsel and the parties shall be prepared to give this court an update and status of this case.

It is FURTHER ORDERED that the Clerk of the Court shall turn off Mr. Koppa's e-mail notification after docketing this minute order. Further, the Clerk of the Court shall add the pro se plaintiff's manual mailing information to this case and send this minute order (and any future orders) to the pro se plaintiff by manual mail, until further order of the court.

Date: September 9, 2005