IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02685-REB-MJW

ANN PARKER,

Plaintiff,

v.

RANDALL S. PIPER, et al.,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Pro Se Plaintiff's Motion to Re-Schedule the Deposition of Ann Ruth Parker and to Permanently Stay the Use the Videotape During the Deposition of Ann Ruth Parker [sic] (docket no. 65) is MOOT and therefore DENIED.  There is no basis in law or fact presented by the Pro Se Plaintiff to support this motion.  Moreover, the relief sought is factually impossible since the Pro Se Plaintiff's deposition was set on November 9, 2005, and the date that the Pro Se Plaintiff filed the subject motion was November 14, 2005.

Date:   November 17, 2005