IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02685 REB-MJW

ANN PARKER

   Plaintiff,

v

RANDALL S. PIPER and LOANS AND REAL ESTATE GROUP, INC., a Colorado corporation,

   Defendants.

---

## ORDER GRANTING JOINT MOTION TO ALLOW ALL PARTIES TO TESTIFY BY TELEPHONE FOR THE DECEMBER 6, 2005 HEARING
( Docket No. 75 )

THIS MATTER comes before the Court pursuant the Joint Motion to Allow All Parties to Testify by Telephone for the December 6, 2005 Hearing. Having reviewed the Motion, and being otherwise fully advised in the premises, the Court GRANTS the Motion. Counsel for Defendant Piper shall arrange a conference call with all parties and Dr. Anderson and shall call into the Court at 8:15 a.m. on December 6, 2005. (*)

DATED this 1st day of December, 2005

UNITED STATES DISTRICT JUDGE

(*) The Court's Telephone number is 303-844-2403

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE