IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02685-REB-MJW

ANN PARKER,

Plaintiff,

v.

RANDALL S. PIPER, et al.,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Pro Se Plaintiff's Motion to Stay Defendant's Supplement to Joint Motion for Sanctions and to Stay Defendants' Request to Involuntary Dismissal (docket no. 91) is DENIED finding no basis in law or fact for such relief. The Pro Se Plaintiff has had since December 6, 2005, to obtain a copy of the hearing before Magistrate Judge Watanabe. This court knows that a CD of such hearing can be prepared in less than 10 minutes for the Pro Se Plaintiff upon request and payment. To date, no request has been made by the Pro Se Plaintiff. The Pro Se Plaintiff contends that she may rehire Mr. Koppa as her attorney. Taking judicial notice of the court's file shows that Mr. Koppa has previously been allowed to withdraw as counsel of record for the Pro Se Plaintiff. Moreover, there has been no new entry of appearance by Mr. Koppa as of the date of this order.

     It is FURTHER ORDERED that the Pro Se Plaintiff's Motion to Recuse (docket no. 90) is DENIED finding no basis in law or fact for such relief. There is no evidence that this court is impartial against the Pro Se Plaintiff as required under 28 U.S.C. § 455(a). The mere fact that some adverse rulings have been entered against the Pro Se Plaintiff cannot itself be appropriate grounds for disqualification. Green v. Branson, 108 F. 3d 1296, 1305 (10th Cir. 1997). Comments by the court concerning the strengths and weaknesses of a party's case made separately during a settlement conference are not a basis for recusal. Lastly, the Pro Se Plaintiff's argument that this court is biased and prejudiced against her because of this court's ruling concerning the deposition of Ruth Kuenning is without merit. If the Pro Se Plaintiff believed that this court's ruling concerning the deposition of Ms. Kuenning was in error, then the Pro Se Plaintiff should have appealed this court's ruling on the deposition of Ms. Kuenning to District Judge Blackburn.

     It is FURTHER ORDERED that the Defendants' Joint Motion for Sanctions

2

Pursuant to F.R.C.P. 37(d) and Involuntary Dismissal Pursuant to F.R.C.P. 41(b) (docket no. 71) is set for hearing on February 1, 2006, at 10:00 a.m. before Magistrate Judge Watanabe along with the already set Show Cause Hearing and Final Pretrial Conference.

Date: January 18, 2006