IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02685-REB-MJW

ANN PARKER,

Plaintiff,

v.

RANDALL S. PIPER, et al.,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Defendants' Forthwith Motion to Reconsider Order Granting Motion to Reschedule Final Pretrial Conference and for Forthwith Ruling on Motions for Sanctions and Dismissal (docket no. 121) is GRANTED IN PART AND DENIED IN PART.  The motion is DENIED as to reconsideration of the date for the Final Pretrial Conference.  The Final Pretrial Conference remains set on May 3, 2006, at 3:00 p.m. before Magistrate Judge Watanabe.  The Pro Se Plaintiff is again ORDERED to FORTHWITH provide to Defendants' counsel her portions of the Final Pretrial Order.  Failure of the Pro Se Plaintiff to comply with this Order may result in sanctions including dismissal of her lawsuit.  The motion is GRANTED insofar as this court will take action on the pending Defendants' Joint Motion for Sanctions Pursuant to FRCP [sic] 37(d) and Involuntary Dismissal Pursuant to FRCP [sic] 41(b) and will issue a separate ruling on such motion.

Date:  April 18, 2006