**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 04-cv-02685-REB-MJW

ANN PARKER,

    Plaintiff,

v.

RANDALL S. PIPER, and
LOANS AND REAL ESTATE GROUP, INC., a Colorado corporation,

    Defendant.

**ORDER ADOPTING IN PART RECOMMENDATIONS OF
UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J.**

The matter before me is the magistrate judge's **Recommendations On Defendants' Joint Motion for Sanctions Pursuant to F.R.C.P. [sic] 37(d) and Involuntary Dismissal Pursuant to F.R.C.P. [sic] 41(b) (Docket No. 71), Defendants' <u>Supplement</u> to Joint Motion for Sanctions Pursuant to F.R.C.P. [sic] 37(d) and Involuntary Dismissal Pursuant to F.R.C.P. [sic] 41(b) (Docket No. 86), and Defendants' <u>Second Supplement</u> to Joint Motion for Sanctions Pursuant to F.R.C.P. [sic] 37(d) and Involuntary Dismissal Pursuant to F.R.C.P. [sic] 41(b)** [#129], filed May 5, 2006.  No objections having been filed to the recommendations, I review them only for plain error.  ***See Morales-Fernandez v. Immigration &***

***Naturalization Service***, 418 F.3d 1116, 1122 (10th Cir. 2005).[1]  With one limited exception, I finding no such error in the magistrate judge's recommended dispositions. Although I agree with the magistrate judge that this action must be dismissed for plaintiff's willful disregard of court orders and failure to prosecute, and that monetary sanctions are appropriate as well, I find that plaintiff should not be required to pay defendants' expenses relating to her first scheduled deposition.  With that exception, I find and conclude that the recommendations should be approved and adopted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendations On Defendants' Joint Motion for Sanctions Pursuant to F.R.C.P. [sic] 37(d) and Involuntary Dismissal Pursuant to F.R.C.P. [sic] 41(b) (Docket No. 71), Defendants' <u>Supplement</u> to Joint Motion for Sanctions Pursuant to F.R.C.P. [sic] 37(d) and Involuntary Dismissal Pursuant to F.R.C.P. [sic] 41(b) (Docket No. 86), and Defendants' <u>Second Supplement</u> to Joint Motion for Sanctions Pursuant to F.R.C.P. [sic] 37(d) and Involuntary Dismissal Pursuant to F.R.C.P. [sic] 41(b)** [#129], filed May 5, 2006, are **APPROVED AND ADOPTED IN PART** as an order of this court;

2. That **Defendants' Joint Motion for Sanctions Pursuant to F.R.C.P. 37(d) and Involuntary Dismissal Pursuant to F.R.C.P 41(b)** [#71], filed November 21, 2005, is **GRANTED**;

3. That **Defendants' <u>Supplement</u> to Joint Motion for Sanctions Pursuant to

---

[1] This standard pertains even though plaintiff is proceeding *pro se.* **Morales-Fernandez**, 418 F.3d at 1122.

**F.R.C.P. 37(d) and Involuntary Dismissal Pursuant to F.R.C.P. 41(b)** [#86], filed December 12, 2005, is **GRANTED**;

    4. That **Defendants' Second Supplement to Joint Motion for Sanctions Pursuant to F.R.C.P. [sic] 37(d) and Involuntary Dismissal Pursuant to F.R.C.P. [sic] 41(b)** [#108], filed February 14, 2006, is **GRANTED**;

    5. That judgment **SHALL ENTER** on behalf of defendants, Randall S. Piper and Loans and Real Estate Group, Inc., and against plaintiff, Ann Parker, as to all claims and causes of action asserted herein;

    6. That this action is **DISMISSED WITH PREJUDICE** for the reasons and in accordance with the rules set forth in the magistrate judge's recommendations; and

    7. That defendants are **AWARDED** monetary sanctions against plaintiff to consist of (a) any reasonable expenses incurred, including attorneys' fees, as a result of plaintiff failing to attend her second noticed deposition; (b) any reasonable expenses incurred as a result of plaintiff's failure to attend the two scheduled IME exams; (c) any reasonable expenses, including attorneys' fees, incurred due to plaintiff's failure to appear for the any Final Pretrial Conference; and (d) any reasonable expenses, including attorneys' fees, incurred in preparing the motion for sanctions and its two supplements.

    Dated June 7, 2006, at Denver, Colorado.

                                          **BY THE COURT:**

                                          s/ Robert E. Blackburn
                                          Robert E. Blackburn
                                          United States District Judge