**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 04-cv-02685-REB-MJW

ANN PARKER,

    Plaintiff,

v.

RANDALL S. PIPER, and
LOANS AND REAL ESTATE GROUP, INC., a Colorado corporation,

    Defendant.

**ORDER GRANTING DEFENDANT RANDALL S. PIPER'S
MOTION FOR AWARD OF ATTORNEY'S FEES**

**Blackburn, J.**

The matter before me is **Defendant Randall S. Piper's Motion for Award of Attorney's Fees** [#134], filed June 19, 2006.  I grant the motion.

By order dated June 7, 2006 [#131], I awarded defendants their reasonable expenses, including attorney's fees, incurred as a result of plaintiff's failure to attend her second noticed deposition, two scheduled IME exams, and any Final Pretrial Conference, as well as reasonable expenses, including attorney's fees, incurred in preparing the motion for sanctions and its two supplements.  Defendant Randall S. Piper now requests $3,377.00 in attorney's fees attributable to these derelictions in plaintiff's prosecution of this case.[1]  I find the hours billed, the delegation of

---

[1] Piper apparently has not sought any expenses that may be attributable to plaintiff's failure to attend the scheduled IME exams.  (*See* Motion App., Aff. at 1, ¶ 1.)

responsibilities among partners, associates, and paralegals working on the case, and the respective professionals' hourly rates reasonable and appropriate to the matters for which attorney's fees are requested. Thus, I find and conclude that Piper is entitled to an award of $3,377.00 as sanctions against plaintiff as described in my order of June 7, 2006.

**THEREFORE, IT IS ORDERED** as follows:

1. That **Defendant Randall S. Piper's Motion for Award of Attorney's Fees** [#134], filed June 19, 2006, is **GRANTED**; and

2. That defendant Randall S. Piper is **AWARDED** $3,377.00 as sanctions against plaintiff.

Dated July 20, 2006, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**